UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFRED MALVEO

CIVIL ACTION

VERSUS

14-03-SDD-RLB

JOHN SMITH, ET AL.

### RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated February 9, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Petitioner's application for *habeas corpus* relief shall be denied and this matter shall be dismissed. Further, in the event the Petitioner pursues an appeal in this case, a certificate of appealability shall be denied

Baton Rouge, Louisiana the 14 day of March, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 18.